**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:26-cv-26957-DPG**

EDLENE ZIMILES and
ANDREI ZIMILES,

Plaintiffs,

v.

BROAD STREET GLOBAL
MANAGEMENT, LLC;
BROADSTREET, INC.; DAVID
FEINGOLD;
STEVEN BALDASSARRA;
and JOSEPH BALDASSARRA,

Defendants.
_______________________________________/

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned, ARIEL LETT, ESQ., of LETT LAW, PLLC, hereby enters his appearance as counsel for Defendants, BROADSTREET, INC. and DAVID FEINGOLD, in the above-styled action.

The Clerk of Court and all counsel of record are respectfully requested to serve all future pleadings, notices, orders, correspondence, and other papers upon the undersigned through the Court's CM/ECF system and at the address and email set forth below.

Dated: October 12, 2026

Respectfully submitted,
/s/ Ariel Lett
Ariel Lett, Esq.
Florida Bar No. 115513
LETT LAW, PLLC
6303 Blue Lagoon Drive, Suite 400
Miami, Florida 33126
Phone: (305) 912-5388
Email: alett@lettlawfirm.com
Counsel for Broadstreet, Inc. and David Feingold

**CERTIFICATE OF SERVICE**

I hereby certify that on October 12, 2026, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served on this day on all counsel of record via the Court's electronic filing system.

/s/ Ariel Lett
Ariel Lett, Esq.